# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBIN EYSTER,**<br>27 N. Rockburn Street,<br>York, Pennsylvania 17402<br><br>    **Plaintiff,**<br><br>    v.<br><br>**SURGICAL ANESTHESIA SERVICES, LLC**<br>900 Circle 75 Parkway, Ste 1310<br>Atlanta, Georgia 30339<br><br>and<br><br><br>**JOE MCDONNELL**<br>**Plan Administrator**<br><br>    **Defendants.** | ) Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT & DEMAND FOR JURY TRIAL

**I.  INTRODUCTION**

1. This action for equitable, monetary, and other relief is brought by Plaintiff, Robin Eyster (hereinafter "PLAINTIFF"), to redress violations by Defendants, Surgical Anesthesia Services (hereinafter "SAS") and Joe McDonnell, Plan Administrator, (hereinafter "McDonnell") of rights secured by the laws of the United States.

## II. JURISDICTION

2. This action is brought pursuant to the Employee Retirement Income Security Act (ERISA), 29 U.S.C. §§ 1001, et seq. as amended and the Consolidated Omnibus Budget Reconciliation Act of 1985 ("COBRA").

## III. VENUE

3. All actions complained of herein took place within the jurisdiction of the United States Court for the Middle District of Pennsylvania as the place in which the claims arose, where the PLAINTIFF resides, and the place where SAS conducts business through a subsidiary, Surgical Anesthesia of Gettysburg, LLC (hereinafter "SAG") which is a corporation with its principal place of business located at 250 Fame Avenue Suite 130, Hanover, Pennsylvania 17332.

4. PLAINTIFF served SAG as a nurse anesthetist before her termination from employment in January 13, 2017.

5. Venue is accordingly invoked pursuant to the dictates of 28 U.S.C. § 1391 (b).

## IV. PARTIES

6. Plaintiff, Robin Eyster, is an adult female who currently resides at 27 N. Rockburn Street, York, Pennsylvania 17402.

7. Surgical Anesthesia Services, LLC ("SAS"), is a Georgia Limited Liability Company with its principal place of business located at 900 Circle 75 Parkway, Suite 1310, Atlanta, Georgia 30339.

8. Joe McDonnell, is an adult male who currently resides, upon information and belief, at 1904 Grenache Ln, Kennesaw Georgia 30152.

9. McDonnell is the Chief Financial Officer for SAS and the Plan Administrator for the SAS' employee benefits plan.

## V.  FACTUAL BACKGROUND

10. On January 13, 2017, PLAINTIFF was terminated from her position with SAS/SAG.

11. Despite terminating her on January 13, 2017, SAS and McDonnell did not send PLAINTIFF timely notice and election to continue health benefits pursuant to Consolidated Omnibus Budget Reconciliation Act of 1985 ("COBRA").

12. This notice was sent by counsel for SAS/SAG to counsel for PLAINTIFF by email dated June 2, 2017 (see attached documentation as PLAINTIFF's EXHIBIT A).

13. The Notice was sent only after the PLAINTIFF repeatedly requested it be sent and the PLAINTIFF be given an explanation as to when it was mailed.

14. Counsel for SAS/SAG stated that the documents were forwarded to the PLAINTIFF by SAS on April 14, 2017.

15. However, PLAINTIFF never received said COBRA documentation until her counsel emailed her a copy on or about June 2, 2017 after receiving it from SAS/SAG counsel.

16. Under COBRA, PLAINTIFF should have been notified of her COBRA rights within thirty (30) days of her termination. 29 U.S.C. § 1166.

17. Despite terminating her employment on January 13, 2017, the SAS benefits Plan and Joe McDonnell, its Administrator, failed to notify PLAINTIFF of her COBRA rights until June 2, 2017.

18. As a result, the PLAINTIFF incurred undue expenses for new health care costs, medical bills, as well as additional expenses.

19. PLAINTIFF is entitled to penalties, interest, costs, and attorney's fees as a result of this failure to follow the law.

## COUNT 1
## PLAINTIFF'S CLAIMS FOR VIOLATION OF PROTECTED RIGHTS UNDER THE EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA); CONSOLIDATED OMNIBUS BUDGET RECONCILIATION ACT of 1985 (COBRA), 29 U.S.C. §§ 1001, et seq.
## AGAINST ALL DEFENDANTS

20. PLAINTIFF incorporates by reference the preceding paragraphs of this Complaint.

21. DEFENDANT by and through its employees and agents, and DEFENDANT Joe McDonnell, individually and in concert with each other, interfered with, and violated the PLAINTIFF's rights under ERISA and COBRA.

22. DEFENDANTS' violation is demonstrated by its failure to supply the required noticed timely under COBRA.

**WHEREFORE**, PLAINTIFF respectfully requests judgment in her favor and against all DEFENDANTS for penalties which are due under the law, medical bills incurred, expenses reimbursed by other alternative coverage, interest, costs, attorney's fees, and such other relief as the Court may deem just, proper, and appropriate in the circumstances of this case.

Respectfully submitted,

DONHAM LAW

By: /s/ Jeremy A. Donham, Esquire
**JEREMY A. DONHAM, ESQUIRE**
State Bar #206980
P.O. Box 487
Dellslow, WV 26531
(717) 676-7749
(888) 370-5177 (FAX)
*ATTORNEY FOR PLAINTIFF*