# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBIN EYSTER,** | : | **CIVIL ACTION-LAW** |
| Plaintiff | : | |
| | : | **NO. 17-1163** |
| v. | : | |
| | : | |
| **SURGICAL ANESTHESIA SERVICES, LLC** | : | Judge Rambo |
| **JOE MCDONNELL, Plan Administrator** | : | |
| Defendants | : | |

## VOLUNTARY NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Robin Eyster by and through her undersigned counsel, hereby voluntarily dismisses this matter against the above-named defendants with prejudice.

Respectfully submitted this <u>14th</u> day of November, 2017.

DONHAM LAW

*/s/ Jeremy A. Donham, Esquire*
Jeremy Donham, Esquire
(I.D. 206980)
*donhamlaw@comcast.net*
P.O. Box 487
Dellslow, WV 26531
717-676-7749
Fax: 888-370-5177
*Attorney for Plaintiff*

4376999-1

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBIN EYSTER,** | : | **CIVIL ACTION-LAW** |
| Plaintiff | : | |
| | : | NO. 17-1163 |
| v. | : | |
| | : | |
| **SURGICAL ANESTHESIA SERVICES, LLC** | : | Judge Rambo |
| **JOE MCDONNELL, Plan Administrator** | : | |
| Defendants | : | |

### CERTIFICATE OF SERVICE

I hereby certify that, on this 14th day of November, 2017, a true and correct copy of the foregoing **VOLUNTARY NOTICE OF DISMISSAL WITH PREJUDICE** was electronically filed and may be viewed and downloaded from the ECF System.

                                                **DONHAM LAW**

                                                */s/ Jeremy Donham*
                                                Jeremy Donham
                                                Attorney for Plaintiff

Dated: November 14, 2017

4376999-1