IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBIN EYSTER,** | : | **Civil No. 1:17-CV-1163** |
| **Plaintiff,** | : | |
| v. | : | |
| **SURGICAL ANESTHESIA SERVICES, LLC, and JOE MCDONNEL, Plan Administrator,** | : | |
| **Defendants.** | : | **Judge Sylvia H. Rambo** |

# O R D E R

Counsel having filed a voluntary notice of dismissal with prejudice, **IT IS HEREBY ORDERED THAT** this action is dismissed without costs and with prejudice. The Clerk of Court is directed to close this matter.

                                                          s/Sylvia Rambo
                                                          SYLVIA H. RAMBO
                                                          United States District Judge

Dated: November 15, 2017